UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Veggie Creations, Inc.,

    Plaintiff,

v.

CJ America, Inc.,

    Defendant.

Case No. 2:20-cv-5709

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

Defendant moves the Court for an order compelling Plaintiffs Veggie Creations, Inc. and Nature's One, LLC to clarify their citizenship for purposes of diversity jurisdiction. ECF No. 54. Defendant's motion was filed contemporaneously with the Court's recent Order on subject-matter jurisdiction. ECF No. 53. In that Order, the Court ordered the parties to show cause why the case should not be dismissed for lack of subject-matter jurisdiction and directed the parties to submit briefing on the issue. *Id.*

From a review of Defendant's motion, it appears that the Court's prior Order addresses most, if not all, of Defendant's concerns. Accordingly, Defendant's motion, ECF No. 54, is **DENIED AS MOOT**. The Clerk shall terminate ECF No. 54.

    IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT