UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Veggie Creations, Inc.,**

       **Plaintiff,**                         Case No. 2:20-cv-5709

       v.                               Judge Michael H. Watson

**CJ America, Inc.,**                    Magistrate Judge Vascura

       **Defendant.**

## ORDER

Upon consideration of Defendant's motion, ECF No. 57, the Court agrees that the parties—and the Court—need to know what Plaintiff Veggie Creations, Inc.'s citizenship was at the time of filing the Complaint. Accordingly, Defendant's motion, ECF No. 57, is **GRANTED**.

Plaintiff Veggie Creations, Inc. is **ORDERED** to file a notice **within seven days** explaining its citizenship at the time of filing the Complaint. In the interest of thoroughness, Plaintiff Nature's One, LLC is also **ORDERED** to file a notice **within seven days** explaining its citizenship at the time it first became a party in this case. The Court *sua sponte* **AMENDS** the briefing schedule for the response to its prior Order, ECF No. 53. Defendant's brief is due **within fourteen days** of the filing of Plaintiffs' notices; Plaintiff's response is due **within fourteen days** of Defendant's brief. Defendant's reply, if any, is **due within fourteen days** of Plaintiff's response.

The Clerk shall terminate ECF No. 57.

**IT IS SO ORDERED.**

                                          */s/ Michael H. Watson*
                                       **MICHAEL H. WATSON, JUDGE**
                                       **UNITED STATES DISTRICT COURT**